```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04429
   MONICA DIAZ
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3590


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/27/2008 and was confirmed 04/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/31/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
TARGET NATIONAL BANK       UNSECURED            320.76           .00           .00
CHASE HOME FINANCE LLC     NOTICE ONLY      NOT FILED            .00           .00
NISSAN MOTOR ACCEPTANCE    UNSECURED           8884.29           .00           .00
CHASE HOME FINANCE LLC     CURRENT MORTG         .00             .00           .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE         .00             .00           .00
AES/NCT                    UNSECURED        NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED           1025.59           .00           .00
AT&T                       UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED            294.20           .00           .00
CITICORP CREDIT SERVICES   UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED            .00           .00
MAYWOOD MUNICIPLE COURT    NOTICE ONLY      NOT FILED            .00           .00
COLLECTION                 UNSECURED        NOT FILED            .00           .00
US CELLULAR                NOTICE ONLY      NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED            413.42           .00           .00
ILLINOIS DEPT OF REV       UNSECURED        NOT FILED            .00           .00
ILLINOIS TOLLWAY AUTHORI   NOTICE ONLY      NOT FILED            .00           .00
TSYS DEBT MANAGEMENT       UNSECURED           1943.53           .00           .00
NICOR GAS                  UNSECURED        NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           1131.50           .00           .00
HSBC CARSON                NOTICE ONLY      NOT FILED            .00           .00
WFNNB                      UNSECURED        NOT FILED            .00           .00
GEMB BANANA                NOTICE ONLY      NOT FILED            .00           .00
ROGERS & HOLLAND           UNSECURED              .00            .00           .00
WFNNB/ VICTORIA'S SECRET   UNSECURED        NOT FILED            .00           .00
WFNNB/EXPRESS              UNSECURED        NOT FILED            .00           .00
WELLS FARGO FINANCIAL BA   SECURED             500.00           5.84         24.02
JOSE DIAZ                  NOTICE ONLY      NOT FILED            .00           .00
SACRAMENTO DIAZ            NOTICE ONLY      NOT FILED            .00           .00
JUDICIAL SALES CORP        NOTICE ONLY      NOT FILED            .00           .00
WELLS FARGO FINANCIAL IL   SECURED            1500.00          16.86        132.16
WELLS FARGO FINANCIAL IL   UNSECURED            56.00            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 04429 MONICA DIAZ
```

```
PORTFOLIO RECOVERY ASSOC UNSECURED      11968.24              .00           .00
WELLS FARGO FINANCIAL BA UNSECURED     NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED        741.66              .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED        413.76              .00           .00
ECAST SETTLEMENT CORP    UNSECURED       1188.46              .00           .00
EDUCATION RESOURCES INST UNSECURED       6058.60              .00           .00
LEDFORD & WU             DEBTOR ATTY    2,031.00                        1,145.91
TOM VAUGHN               TRUSTEE                                          115.21
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 1,440.00

PRIORITY                                             .00
SECURED                                           156.18
    INTEREST                                       22.70
UNSECURED                                            .00
ADMINISTRATIVE                                 1,145.91
TRUSTEE COMPENSATION                             115.21
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                  1,440.00                1,440.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/27/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE